AO 91 (Rev. 11/11) Criminal Complaint

**UNDER SEAL**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED JUL 1 2 2019**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| United States of America v. JOHN RUSSELL KESTEL, and ANDREW DOHERTY KAVOIAN | Case No. 1:19-mj-318 |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of December 2015 through June 2017 in the county of Fairfax in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1) and 846 | Defendant did unlawfully, knowingly, and intentionally combine, conspire, confederate, and agree with other persons, both known and unknown, to unlawfully, knowingly, and intentionally manufacture and distribute anabolic steroids, Schedule III controlled substances. |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

SAUSA Jason Trigger/AUSA Dennis Fitzpatrick

_____
*Complainant's signature*

Beau O. Bilek, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 12, 2019

/s/ JFA
John F. Anderson
United States Magistrate Judge
*Judge's signature*

City and state: Alexandria, VA

Hon. John F. Anderson, U.S. Magistrate Judge
*Printed name and title*