# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**UNITED STATES OF AMERICA**

v.  **SENTENCING MINUTES**

**JOHN RUSSELL KESTEL**          Case No. 1:19CR244

---

HONORABLE LIAM O'GRADY presiding          Time Called: 9:28 a.m.
Proceeding Held: November 15, 2019          Time Concluded: 9:47 a.m.
Deputy Clerk: Amanda          Court Reporter: N. Linnell

**Appearances:**

UNITED STATES OF AMERICA by:          Jason Trigger, Dennis Fitzpatrick
JOHN KESTEL in person and by:          Meredith Ralls

INTERPRETER: None          ☐ Interpreter Sworn

---

☒ The parties have no objections to the factual statements in the PSR

☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant

☐ Objections/corrections to application of guidelines by ☒ Plaintiff ☒ Defendant

---

☒ The government presents sentencing argument: Recommends 70 months.

☒ The defendant presents sentencing argument: Requests 24 months.

☒ Defendant exercises right of allocution.

☒ The court imposes sentence.

☐ The government dismisses count(s) _____.

☐ Defendant advised of appeal rights.

---

**SENTENCING GUIDELINES:**
Offense Level: 29
Criminal History: I
Imprisonment Range: Counts 1 and 2: 87-108 months
Supervised Release Range: Ct. 1: 2-3 years; Ct. 2: 3 years
Fine Range: Counts 1 and 2: $30,000.00 - $500,000.00
Restitution: NA
SA: $200.00

- Pursuant to the party's plea agreement, counsel agree that the 1956 2-point adjustment should not be considered towards the guideline calculation.
- Court does not modify PSR but will consider the recommended sentencing guideline range.

Case 1:19-cr-00244-LO   Document 43   Filed 11/15/19   Page 2 of 3 PageID# 159

**SENTENCE IMPOSED:**

**Imprisonment:**       60      Months as to Count(s)      One      of the Information.
                        60      Months as to Count(s)      Two      of the Information.

Imprisonment term for each count to be served ☒ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED:  60 months with credit for time served awaiting sentencing.

**Probation:**           Years as to Count(s)           of the _____.

**Supervised Release:**   Three   Years as to Count(s)      One      of the Information.
                          Three   Years as to Count(s)      Two      of the Information.

**MONETARY PENALTIES**

**Special Assessment:**  $ 200.00           due immediately

**Fine:**                $                  ☒ fine waived

**Restitution:**         $ NA               ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☒ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☒ The court recommends the defendant's placement at a facility as close to NoVA as possible.
☒ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

# CONDITIONS OF SUPERVISED RELEASE/PROBATION

**Special Conditions**

- ☒ Drug Testing – Special Condition
- ☐ Drug Testing – Standard Condition
- ☐ Drug Testing – Waived
- ☐ Monthly Restitution Payment: $ _____
- ☐ Monthly Fine Payment: $ _____
- ☐ Repay Buy Money – Total: $ _____.
- ☐ Repay Buy Money: $ _____/month
- ☐ No New Lines of Credit
- ☒ Financial Disclosure
- ☐ Submit to search by USPO
- ☐ No tavern employment or patronization
- ☐ No employment with fiduciary responsibilities
- ☐ No gambling
- ☐ No transfer of assets in excess of $500.00
- ☐ No possession/use of computer – on-line access
- ☐ No possession/use of data encryption/erasure
- ☐ Provide computer passwords and logons
- ☒ Consent to computer searches
- ☐

- ☐ Home Confinement for _____ days
- ☐ Home Confinement with Alcohol Testing for _____ days
- ☐ Community Correctional Center: _____ days
- ☐ Residential Re-Entry Center: _____ days
- ☐ Cooperate with Bureau of Immigration/Customs
- ☐ Cooperate with IRS
- ☐ Cooperate with Child Support
- ☐ Participate in mental health treatment program
- ☐ Participate in sex offender assessment/treatment
- ☐ Waive confidentiality – sex offender treatment
- ☐ No sexually-explicit materials w/minors
- ☐ No possession/viewing of pornography or erotica
- ☐ Obtain GED or HSED
- ☐ No contact – unrelated children under 18
- ☐ No contact with victim(s)
- ☐ No contact with gang members
- ☐ Perform community service: _____ hours
- ☒ No online computer access